United States District Court
Eastern District of California

Luis Castillo

Plaintiff(s)

V.

Christopher CHESTNUT et al

Defendant(s)

Case Number: 1:26-cv-05925-DC-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Christopher Keen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Luis Castillo, Petitioner

On 10/16/2002 (date), I was admitted to practice and presently in good standing in the District of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-03032-MWJS (HC) Mendoza Hernandez v. Chestnut et al -- GRANTED

Date: 07/28/2026 Signature of Applicant: /s/ J. Christopher Keen

**Pro Hac Vice Attorney**

Applicant's Name: J. Christopher Keen

Law Firm Name: Keen Law Offices

Address: 39 S 400 W

City: Orem State: UT Zip: 84058

Phone Number w/Area Code: (801) 374-5336

City and State of Residence: Orem, UT

Primary E-mail Address: chrisk@keen.law

Secondary E-mail Address: chris@keen.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Arthur Minas

Law Firm Name: Minas Law PC

Address: 3620 Pacific Coast Hwy #100

City: Torrance State: CA Zip: 90505

Phone Number w/Area Code: (310) 955-1360 Bar # 290517

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 15, 2026

Carolyn K. Delaney
JUDGE, U.S. DISTRICT COURT